

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00353-CR

**EX PARTE** John Matthew **GAMBOA**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1992CR4978-W1
Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we AFFIRM the habeas court's denial of Appellant John Matthew Gamboa's Amended Application for Writ of Habeas Corpus.

SIGNED December 10, 2014.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice